UNITED STATES of America, Plaintiff–Appellee,

v.

Leroy N. INGRAM, Defendant–Appellant.

No. 13–6135.

United States Court of Appeals, Fourth Circuit.

Submitted: May 8, 2013.

Decided: May 22, 2013.

Leroy N. Ingram, Appellant Pro Se. Angela Mastandrea–Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leroy N. Ingram appeals the district court's order denying his motion for a reduction in his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated

by the district court. *See United States v. Ingram*, No. 3:05–cr–00500–HEH–1 (E.D.Va. Jan. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*